# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LEONARD W. BLACK,**

      **Petitioner,**

      **v.**

**UNITED STATES OF AMERICA,**

      **Respondent.**

**CASE NO. 2:16-CV-00609**
**CRIM. NO. 2:02-CR-187(1)**
**JUDGE JAMES L. GRAHAM**
**Magistrate Judge Elizabeth P. Deavers**

## OPINION AND ORDER

On December 19, 2016, the Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's *Motion to Dismiss* (ECF No. 49) be granted and that the *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 45) be dismissed. (ECF No. 50.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 50) is **ADOPTED** and **AFFIRMED.** Respondent's *Motion to Dismiss* (ECF No. 49) is **GRANTED.**

The *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 45) is hereby **DISMISSED.**

**IT IS SO ORDERED**.

Date: January 10, 2017

                                               _____s/James L. Graham_____
                                               JAMES L. GRAHAM
                                               United States District Judge